**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:  **Jay Frank Marcom, II.**                                   CASE NO   **10-47628-DML7**

                                                                                        CHAPTER   **7**

*AMENDED 12/20/2010*
**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  12/20/2010                                      Signature  /s/ Jay Frank Marcom, II.
                                                                              *Jay Frank Marcom, II.*


Date _____            Signature _____

```
ABILENE REGIONAL
6250 U.S. HWY 83
ABILENE, TX  76060


AREYA HOLDER
LAW OFFICE OF AREYA HOLDER, P.C.
800 W. AIRPORT FREEWAY, SUITE 414
IRVING, TX  75062


CAC FINANCIAL CORP
2601 NW EXPWY
OKLAHOMA CITY, OK 73112


COUNTY TAX ASSESSOR COLLECTOR
STEPHENS COUNTY COURTHOUSE
200 WEST WALKER
BRECKENRIDGE, TX 76424


CRD PRT ASSO
ATTN: BANKRUPTCY
PO BOX 802068
DALLAS, TX 75380


DEPT OF VETERANS AFFAI
PO BOX 11930
SAINT PAUL, MN 55111


ENHANCED RECOVERY CO L
8014 BAYBERRY RD
JACKSONVILLE, FL 32256


FIRST NATL BK/BAIRD
PO BOX 968
BAIRD, TX 79504


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES - INSOLVENCY
P.O. BOX 21126
PHILADELPHIA, PA 19114
```

KATHY MARCOM
7215 MANSFIELD CARDINAL RD.
KENNEDALE, TX 76060


NATIONAL ASSET MGMT LL
400 ROUSER RD STE 202
CORAOPOLIS, PA 15108


OFFICE OF THE ATTORNEY GENERAL
1412 MAIN STREET, SUITE 810
DALLAS, TX 75202


PAUL HOFFMAN
4965 PRESTON PARK BLVD, SUITE 100
PLANO, TX. 75093-5170


SOUTHWEST CREDIT SYSTE
5910 W PLANO PKWY STE 100
PLANO, TX 75093


STEPHENS COUNTY MEMORIAL HOSPITAL
200 S. GENEVA
BRECKENRIDGE, TX 76242


UNITED STATES ATTORNEY
OFFICE OF THE U.S. ATTY.
1100 COMMERCE STREET, 3RD FLOOR
DALLAS, TX 75242-1074


WEST CENTRAL TX COLL B
PO BOX 2586
ABILENE, TX 79604


WESTERN OILFIELDS SUPPLY
9 LA SOLITA
FOOTHILL RANCH, CA 92610-1735

```
WILLIAM T. NEARY
OFFICE OF THE UNITED STATES TRUSTEE
1100 COMMERCE, STREET, RM 976
DALLAS, TX 75242-1496
```