B6A (Official Form 6A) (12/07)

In re  **Jay Frank Marcom, II**                                          Case No.  __10-47628-DML-7____
                                                                            (if known)

*AMENDED 7/6/2011*
## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 124 East Walker, Breckenridge, TX<br>Single Family Homestead - 1/2 interest<br>(Total Value per Stephens Co Appraisal Dist) | Fee Simple | - | $35,010.00 | $2,388.96 |
| | | Total: | **$35,010.00** | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Jay Frank Marcom, II**                                    Case No.   __10-47628-DML-7__
                                                                                  (if known)

*AMENDED 7/6/2011*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Bedroom, Dining Room and Living Room Furniture | - | $2,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing and Shoes | - | $100.00 |
| 7. Furs and jewelry. | | Ring | - | $50.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Jay Frank Marcom, II**                                          Case No.    **10-47628-DML-7**
                                                                                              (if known)

### *AMENDED 7/6/2011*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Jay Frank Marcom, II**                     Case No.    **10-47628-DML-7**
                                                                (if known)

*AMENDED 7/6/2011*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Jay Marcom Sr., Debtor's father, died after the commencment of this bankruptcy petition. Debtor has stated that he has no interest in the estate of a decedent | - | Unknown |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims in litigation against Eastland Operating LLC, Ranger Gas Gathering, JM Investments LLC, R & B Energy LLC, Larry T. Long and any other person or entitiy liable with or for damages, including exemplary damages, relating to unpaid royalties, illegal tying arrangement, accounting, unlawful use of land, conversion of property, consdensate, assault and battery, benzene and other hazardous chemicals pollution, and personal injury. | - | Unknown |
| | | Claims in litigation, including but not limited to exemplary damages, against Michael Butler, Steve Hayes, Robert Beard and Easco Services, Inc. made the basis of the third party complaint filed against them | - | Unknown |
| | | Claims in litigation, including but not limited to exemplary damages, arising from contamination from benzene and other hazardous chemicals | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Unfinished software package developed by Debtor for calculating unpaid royalties due to royalty owners from oil & gas companies | - | $0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Jay Frank Marcom, II**                                   Case No. **10-47628-DML-7**
                                                                          (if known)

*AMENDED 7/6/2011*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Chevy Pickup 1500 - 150K Miles | - | $1,200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Jay Frank Marcom, II**                                    Case No.    **10-47628-DML-7**

                                                                                        (if known)

*AMENDED 7/6/2011*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | | Right to receive VA benefits | - | $1,400.00 |

_____4_____ continuation sheets attached      **Total  >**    **$4,750.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re **Jay Frank Marcom, II**    Case No. **10-47628-DML-7**

(If known)

*AMENDED 7/6/2011*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 124 East Walker, Breckenridge, TX Single Family Homestead - 1/2 interest (Total Value per Stephens Co Appraisal Dist) | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $32,621.04 | $35,010.00 |
| Bedroom, Dining Room and Living Room Furniture | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $2,000.00 | $2,000.00 |
| Clothing and Shoes | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $100.00 | $100.00 |
| Ring | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $50.00 | $50.00 |
| 1997 Chevy Pickup 1500 - 150K Miles | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $1,200.00 | $1,200.00 |
| Right to receive VA benefits | 38 U.S.C. § 5301 | $1,400.00 | $1,400.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | **$37,371.04** | **$39,760.00** |

B6D (Official Form 6D) (12/07)

In re **Jay Frank Marcom, II**                                    Case No.    **10-47628-DML-7**
                                                                                                    (if known)

*AMENDED 7/6/2011*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**County Tax Assessor-Collector Stephens County Courthouse 200 West Walker Breckenridge, TX 76424** | | - | DATE INCURRED: **2009-2010**<br>NATURE OF LIEN:<br>**Property Taxes**<br>COLLATERAL:<br>**124 East Walker, Breckenridge, TX**<br>REMARKS:<br><br>VALUE: **$35,010.00** | | | | $2,388.96 | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | Subtotal (Total of this Page) > | | | **$2,388.96** | **$0.00** |
| | | | | Total (Use only on last page) > | | | **$2,388.96** | **$0.00** |

_____**No**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/10)

In re **Jay Frank Marcom, II**                                        Case No. ___**10-47628-DML-7**___

                                                                                    (If Known)

*AMENDED 7/6/2011*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**No**_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Jay Frank Marcom, II**  Case No. **10-47628-DML-7**

  (if known)

*AMENDED 7/6/2011*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Abilene Regional**<br>**6250 U.S. Hwy 83**<br>**Abilene, TX 76060** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**BAM Operating, Inc.**<br>**Airport Road**<br>**PO Box 688**<br>**Eastland, TX 76448** | | - | DATE INCURRED: **02/17/2009**<br>CONSIDERATION:<br>**Judgment Claim**<br>REMARKS:<br>**Judgment Claim with Gerald L. Bolfing, attorney, in Cause No. 29,810-A, BAM Operating, Inc. vs Jay Marocom and wife** | | | | **Notice Only** |
| | | | **Kathy Marcom** | | | | |
| ACCT #: **xxx9675**<br>**CAC Financial Corp**<br>**2601 Nw Expwy**<br>**Oklahoma City, OK 73112** | | - | DATE INCURRED: **08/2007**<br>CONSIDERATION:<br>**Collecting for - Texas Emer Staffing Solutions**<br>REMARKS: | | | | **$681.00** |
| ACCT #:<br>**Carolyn Southgate**<br>**PO Box 1869**<br>**Quinlan, TX 75474** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment and back child support**<br>REMARKS: | | | X | **$200,000.00** |
| ACCT #: **xxxxxx7473**<br>**Credit Protection Assoc**<br>**Attn: Bankruptcy**<br>**PO Box 802068**<br>**Dallas, TX 75380** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | **$273.00** |
| | | | Subtotal > | | | | **$200,954.00** |
| | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | |

_____**5**_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jay Frank Marcom, II**                                Case No.   **10-47628-DML-7**
                                                                         (if known)

*AMENDED 7/6/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   **xxxxxxxxx0030**<br>**Dept Of Veterans Affairs**<br>**Po Box 11930**<br>**Saint Paul, MN 55111** | | - | DATE INCURRED:   **04/2008**<br>CONSIDERATION:<br>**Government Overpayment**<br>REMARKS: | | | X | **$38,609.00** |
| ACCT #:<br>**Eastland Operating, L.L.C.**<br>**PO Box 38**<br>**Ranger, TX 76470** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Plaintiff and Counter Defendant in Eastland Operating, L.L.C., et al. v. Jay Marcom and Kathy Marcom; Cause No. 29,410 in the 90th**<br><br>**District Court, Stephens County, Texas** | | | | **Notice Only** |
| ACCT #:   **xxxx3696**<br>**Enhanced Recovery Co.**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | - | DATE INCURRED:   **12/2009**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$652.00** |
| ACCT #:   **xxxxxxxxxxxx0167**<br>**First Natl Bk/Baird**<br>**Po Box 968**<br>**Baird, TX 79504** | | - | DATE INCURRED:   **12/1997**<br>CONSIDERATION:<br>**Deposit Related**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Gerald B. Davenport**<br>**210B Cedar Ridge, Ste 102A**<br>**Duncanville, TX 75116** | | - | DATE INCURRED:   **06/22/2011**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$4,000.00** |

Sheet no. _____1_____ of _____5_____ continuation sheets attached to            Subtotal >    **$43,261.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                         Total >
                                    **(Use only on last page of the completed Schedule F.)**
                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                  **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Jay Frank Marcom, II**                                          Case No.  **10-47628-DML-7**
                                                                                    (if known)

*AMENDED 7/6/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Gerald L. Bolfing**<br>**PO Box 8858**<br>**Waco, TX 76714-8858** | | - | DATE INCURRED: **2/17/2010**<br>CONSIDERATION:<br>**Judgment Claim**<br>REMARKS:<br>**Judgment Claim with BAM Operating, Inc., in Cause No. 29,810-A, BAM Operating, Inc. vs Jay Marocom and wife Kathy Marcom** | | | | **$17,520.00** |
| ACCT #:<br>**Glasgow, Taylor, Isham & Glasgow**<br>**505 North Graham Street**<br>**Stephenville, TX 76401** | | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS:<br>**Attorney fees and costs associated with representation of Debtor and Kathy Marcom in Eastland Operating, L.L.C., et al. vs. Jay**<br><br>**Marcom and Kathy Marcom and counter suits and third party suits associated therewith, In the District Court of Stephens County, TX 90th Judicial District** | X | X | | **Unknown** |
| ACCT #:<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**JM Investments, L.L.C.**<br>**116 Northstar Estaqtes Drive**<br>**Eastland, TX 76448** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Plaintiff and Counter Defendant in Eastland Operating, L.L.C., et al. v. Jay Marcom and Kathy Marcom; Cause No. 29,410 in the 90th**<br><br>**District Court, Stephens County, Texas** | | | | **Notice Only** |

Sheet no. ____**2**____ of ____**5**____ continuation sheets attached to                                         Subtotal >      **$17,520.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                      Total >
                                              (Use only on last page of the completed Schedule F.)
                                              (Report also on Summary of Schedules and, if applicable, on the
                                              Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jay Frank Marcom, II**  Case No. **10-47628-DML-7**

(if known)

*AMENDED 7/6/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Kathy Marcom**<br>**7215 Mansfield Cardinal Rd**<br>**Kennedale, TX 76060** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Larry T. Long**<br>**Citizens Bank**<br>**301 E. Main**<br>**PO Box 1700**<br>**Kilgore, TX 75663** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Plaintiff and Counter Defendant in Eastland Operating, L.L.C., et al. v. Jay Marcom and Kathy Marcom; Cause No. 29,410 in the 90th** | | | | **Notice Only** |
| | | | **District Court, Stephens County, Texas** | | | | |
| ACCT #:<br>**McMullen & Henkes**<br>**100 West Main**<br>**PO Box 706**<br>**Hamilton, TX 76531** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS:<br>**Attorney contingent fees and costs associated with representation of Debtor and Kathy Marcom in Eastland Operating, L.L.C.,** | X | X | | **Unknown** |
| | | | **et al. vs. Jay Marcom and Kathy Marcom and counter suits and third party suits associated therewith, In the District Court of Stephens County, TX 90th Judicial District** | | | | |
| ACCT #: **xxxxxxxx3238**<br>**National Asset Mgmt LLC**<br>**400 Rouser Rd., Ste 202**<br>**Coraopolis, PA 15108** | | - | DATE INCURRED: **09/2010**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | X | **$3,856.00** |

Sheet no. ____3____ of ____5____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > | **$3,856.00**

Total > 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Jay Frank Marcom, II**                    Case No.   **10-47628-DML-7**
                                                                    (if known)

*AMENDED 7/6/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Office of the Attorney Gerneral**<br>**1412 Main Street, Suite 810**<br>**Dallas, TX 75202** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unsecured**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Paul Hoffman**<br>**4965 Preston Park Blvd., Suite 100**<br>**Plano, TX 75093-5170** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Account**<br>REMARKS: | | | X | **$10,000.00** |
| ACCT #:<br>**R & B Energy, L.L.C.**<br>**PO Box 38**<br>**Ranger, TX 76470** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Plaintiff and Counter Defendant in Eastland Operating, L.L.C., et al. v. Jay Marcom and Kathy Marcom; Cause No. 29,410 in the 90th** | | | | **Notice Only** |
| | | | **District Court, Stephens County, Texas** | | | | |
| ACCT #:<br>**Ranger Gas Gathering, L.L.C.**<br>**PO Box 79**<br>**Ranger, TX 76470** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**Plaintiff and Counter Defendant in Eastland Operating, L.L.C., et al. v. Jay Marcom and Kathy Marcom; Cause No. 29,410 in the 90th** | | | | **Notice Only** |
| | | | **District Court, Stephens County, Texas** | | | | |

Sheet no. ____**4**____ of ____**5**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    **$10,000.00**

**Total >**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Jay Frank Marcom, II**  Case No. **10-47628-DML-7**

(if known)

*AMENDED 7/6/2011*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxx0509**<br>**Southwest Credit Systems**<br>**5910 W. Plano Pkwy, Ste 100**<br>**Plano, TX 75093** | | - | DATE INCURRED: **09/2010**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | **$105.00** |
| ACCT #:<br>**Stephens County Memorial Hospital**<br>**200 S. Geneva**<br>**Breckenridge, TX 76242** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | **$0.00** |
| ACCT #: **xxx2258**<br>**West Central TX Collection Bureau**<br>**Po Box 2586**<br>**Abilene, TX 79604** | | - | DATE INCURRED: **07/2007**<br>CONSIDERATION:<br>**Collecting for - Radiology Associates/RMA**<br>REMARKS: | | | | **$236.00** |
| ACCT #: **xxx0648**<br>**West Central TX Collection Bureau**<br>**Po Box 2586**<br>**Abilene, TX 79604** | | - | DATE INCURRED: **03/2009**<br>CONSIDERATION:<br>**Collecting for - Radiology Associates/RMA**<br>REMARKS: | | | | **$104.00** |
| ACCT #:<br>**Western Oilfields Supply Company**<br>**9 La Solita**<br>**Foothill Ranch, CA 92610-1735** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Lawsuit**<br>REMARKS:<br>**Debtor asserts that the purported judgment is invalid due to lack of service on Debtor. Debtor further disputes the validity of the** | | | X | **$137,966.37** |
| | | | **claim.** | | | | |

Sheet no. ____**5**____ of ____**5**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$138,411.37**

Total > **$414,002.37**
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6G (Official Form 6G) (12/07)

In re **Jay Frank Marcom, II**                     Case No. **10-47628-DML-7**
                                                                    (if known)

*AMENDED 7/6/2011*
# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **Jay Frank Marcom, II**                                                   Case No.   **10-47628-DML-7**
                                                                                          (if known)

*AMENDED 7/6/2011*
# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

B6I (Official Form 6I) (12/07)

In re **Jay Frank Marcom, II**                     Case No.   **10-47628-DML-7**
                                                                 (if known)

*AMENDED 7/6/2011*
# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Divorced** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| **Employment:** | **Debtor** | **Spouse** |
|---|---|---|
| Occupation | Disabled | |
| Name of Employer | | |
| How Long Employed | | |
| Address of Employer | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1.  Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $0.00 | |
| 2.  Estimate monthly overtime | $0.00 | |
| 3.  SUBTOTAL | **$0.00** | |
| 4.  LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes (includes social security tax if b. is zero) | $0.00 | |
|     b. Social Security Tax | $0.00 | |
|     c. Medicare | $0.00 | |
|     d. Insurance | $0.00 | |
|     e. Union dues | $0.00 | |
|     f. Retirement | $0.00 | |
|     g. Other (Specify) _____ | $0.00 | |
|     h. Other (Specify) _____ | $0.00 | |
|     i. Other (Specify) _____ | $0.00 | |
|     j. Other (Specify) _____ | $0.00 | |
|     k. Other (Specify) _____ | $0.00 | |
| 5.  SUBTOTAL OF PAYROLL DEDUCTIONS | **$0.00** | |
| 6.  TOTAL NET MONTHLY TAKE HOME PAY | **$0.00** | |
| 7.  Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8.  Income from real property | $0.00 | |
| 9.  Interest and dividends | $0.00 | |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | |
| 11. Social security or government assistance (Specify): _____ | $0.00 | |
| 12. Pension or retirement income | $0.00 | |
| 13. Other monthly income (Specify): | | |
|     a. VA Hospital Travel Reimbursement | $190.90 | |
|     b. Food Stamps | $212.00 | |
|     c. _____ | $0.00 | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$402.90** | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$402.90** | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$402.90** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor is making a claim for veteran's service connected disability.  Debtor is early in the process and does not know when a decision will be made or the likely outcome.**

B6J (Official Form 6J) (12/07)

IN RE: **Jay Frank Marcom, II**

Case No. **10-47628-DML-7**

(if known)

*AMENDED 7/6/2011*
# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br>  a. Are real estate taxes included? ☐ Yes ☑ No<br>  b. Is property insurance included? ☐ Yes ☑ No | |
| 2. Utilities:  a. Electricity and heating fuel<br>      b. Water and sewer<br>      c. Telephone<br>      d. Other: | $50.00 |
| 3. Home maintenance (repairs and upkeep)<br>4. Food<br>5. Clothing<br>6. Laundry and dry cleaning<br>7. Medical and dental expenses<br>8. Transportation (not including car payments)<br>9. Recreation, clubs and entertainment, newspapers, magazines, etc.<br>10. Charitable contributions | $200.00<br><br><br><br>$150.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>      a. Homeowner's or renter's<br>      b. Life<br>      c. Health<br>      d. Auto<br>      e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>      a. Auto:<br>      b. Other:<br>      c. Other:<br>      d. Other: | |
| 14. Alimony, maintenance, and support paid to others:<br>15. Payments for support of add'l dependents not living at your home:<br>16. Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>17.a. Other:<br>17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and,<br>  if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$400.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.**


20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $402.90 |
| b. Average monthly expenses from Line 18 above | $400.00 |
| c. Monthly net income (a. minus b.) | $2.90 |

B6 Summary (Official Form 6 - Summary) (12/07)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re  **Jay Frank Marcom, II**                                    Case No.    **10-47628-DML-7**

                                                                   Chapter        **7**

*AMENDED 7/6/2011*
# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $35,010.00 | | |
| B - Personal Property | Yes | 5 | $4,750.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $2,388.96 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $414,002.37 | |
| G - Exectory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $402.90 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $400.00 |
| | TOTAL | 19 | $39,760.00 | $416,391.33 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In re  **Jay Frank Marcom, II**                                   Case No.    **10-47628-DML-7**

Chapter        **7**

### *AMENDED 7/6/2011*
# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | $0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $402.90 |
| Average Expenses (from Schedule J, Line 18) | $400.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $190.84 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $414,002.37 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $414,002.37 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Jay Frank Marcom, II**                                            Case No.   **10-47628-DML-7**
                                                                                      (if known)

*AMENDED 7/6/2011*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

    I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **21**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.


Date **7/6/2011**                                      Signature  **/s/ Jay Frank Marcom, II**
                                                                  *Jay Frank Marcom, II*


Date _____            Signature _____

                                                [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*