VOL 1439 PAGE 113

## WARRANTY DEED

2261

Date: May 20, 1999

Grantor: Dorothy Mae Morse, a widow

Grantor's address: 8900 Stephens County Road 138
Ranger, Texas 76470

Grantee: Jay Frank Marcom II and wife, Kathy Denise Morse Spencer Marcom

Grantee's Address:
8960 Stephens County Road 138
Ranger, Texas 76470

Consideration: Ten and no/100 ($10.00) Dollars and other valuable consideration, the receipt and sufficiency of which is hereby acknowledged.

WITNESSETH. That DOROTHY MAE MORSE, for good and valuable consideration and for the sum of *TEN Dollars* ($10.00) paid by JAY FRANK MARCOM AND WIFE KATHY MORSE SPENCER MARCOM, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said GRANTEE forever, all the right, title, interest and claim which the said GRANTOR has in and to the following described parcel of land, and improvements and appurtenances and minerals there-to in the County of Stephens, State of Texas, to wit:

Property (together with improvements and minerals):

The following described property in Stephens County, Texas:

Tract #1:

1. The North 109 acres of the SW 1/4 of Survey 53, Block 6, T & P RR Co. Land;

2. 7 acres out of the S W Corner of the NE 1/4 of Survey 53, Blk. 6, T & P RR Co.

DEED
PAGE 1

Exhibit B

vol 1439 page 114

       Lands Abstract 265, Stephens County, Texas;

3. 84 acres out of the Southeast 1/4 of the NW 1/4 of Section 53, Block 6, T & P RR Co. Lands Abstract 265, Stephens County, Texas;

4. 51 acres out of the SW 1/4 of Section 53, Block 6, T & P RR. Co. Lands, Abstract 265, Stephens County, Texas.

5. The North 40 acres of the Southwest 1/4 of Section 53, Block 6, T. & P. RR. Co. Lands, Abstract 265, in Stephens County, Texas; and

Tract #2:

The Southwest one-quarter (SW 1/4) of Section No. 3, Blk. B, T & NO RR Co. Survey, Abstract 218, Stephens County, Texas, containing 160 acres, more or less.

Tract #3:

The South one-half (S 1/2) of the Northwest one-quarter (NW 1/4) of Section 123, H T & B RR Co. Survey, Abstract 79, Stephens County, Texas, containing 220 acres, more or less.

Tract #4:

1. The North 100 acres of the S.E. 1/4 of Section 66, Blk. 6, T & P RR Co. Lands, Abstract 195, Stephens County, Texas;

2. The South 60 acres of S.E. 1/4 of Survey #66, Block 6, T & P RR Co. Lands, situated in Stephens County, Texas.

Tract #5:

1. The Northeast quarter (N.E. 1/4) of Section 75, Blk. 6, T & P RR Co. Lands, Abstract 289, Stephens County, Texas, containing 160 acres more or less.

       DEED
       PAGE 2

VOL 1439 PAGE 115

2. The West one-half (W/2) of Section 75, Blk. 6, T & P RR Co. Land, Abstract 289, Stephens County, Texas, containing 320 acres of land, more or less.

Tract #6:

The S.W. 1/4 of Survey 66, Blk. 6, Texas & Pacific railway Co., Abstract 2250, Stephens County, Texas, containing 160 acres, more or less.

SIGNED THIS _20th_ DAY OF MAY, 1999.

_Dorothy Mae Morse_
DOROTHY MAE MORSE

State of Texas
County Stephens _Eastland_
On the _20th_ day of _May_, 1999, before me, appeared Dorothy Mae Morse personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.
WITNESS my hand and official seal.

_Signature_
Signature of Notary          Notary Seal

[Notary Seal: LaJUAN ROLLINS, Notary Public, STATE OF TEXAS, My Comm. Exp. 08/24/2002]

Affiant ___Is Known___ Unknown Type ID PROVIDED_____

DEED
PAGE 3

VOL 1439 PAGE 116

2261

REGISTERED ✓
COMPARED ✓
INDEXED ✓

FILED FOR RECORD
AT 2:35 O'CLOCK P.M
ON THE 22 DAY OF July
A.D., 19 99

[signature]
COUNTY CLERK, STEPHENS CO., TEXAS
BY [signature]
Jackie Ensey, DEPUTY

STATE OF TEXAS
COUNTY OF STEPHENS
I hereby certify that this instrument was FILED on the date and at the time stamped hereon by me and was duly RECORDED in the Volume and Page of the Official Public Records of Stephens County, Texas.

[signature]
County Clerk, Stephens County, Texas
VOL 1439 PAGE 113-116
RECORDED 7-29-99

PROVISION CONTAINED IN ANY DOCUMENT WHICH RESTRICT THE SALE, RENTAL, OR USE OF THE REAL PROPERTY DESCRIBED THEREIN BECAUSE OF RACE OR COLOR ARE INVALID UNDER FEDERAL LAW AND ARE UNENFORCEABLE.

1.00
5.00 IND
1.00 SF
13.00

James Kathy Marcom
8960 Stephens County Rd 138
Ranger, Texas 76470