B6B (Official Form 6B) (12/07)

In re **Jay Frank Marcom, II**           Case No.    **10-47628-DML-7**
                                                                                                                   (if known)

*AMENDED 7/12/2011*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Bedroom, Dining Room and Living Room Furniture | - | $2,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Clothing and Shoes | - | $100.00 |
| 7. Furs and jewelry. | | Ring | - | $50.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Jay Frank Marcom, II**            Case No.    **10-47628-DML-7**
                                                                                            (if known)

*AMENDED 7/12/2011*
# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Jay Frank Marcom, II**　　　　　　　　　　　　　　　Case No.　**10-47628-DML-7**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

*AMENDED 7/12/2011*
# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Jay Marcom Sr., Debtor's father, died before the commencment of this bankruptcy petition.  Debtor has stated that he has no interest in the estate of a decedent | - | $0.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Claims in litigation against Eastland Operating LLC, Ranger Gas Gathering, JM Investments LLC, R & B Energy LLC, Larry T. Long and any other person or entitiy liable with or for damages, including exemplary damages, relating to unpaid royalties, illegal tying arrangement, accounting, unlawful use of land, conversion of property, consdensate, assault and battery, benzene and other hazardous chemicals pollution, and personal injury. | - | Unknown |
| | | Claims in litigation, including but not limited to exemplary damages, against Michael Butler, Steve Hayes, Robert Beard and Easco Services, Inc. made the basis of the third party complaint filed against them | - | Unknown |
| | | Claims in litigation, including but not limited to exemplary damages, arising from contamination from benzene and other hazardous chemicals | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | Unfinished software package developed by Debtor for calculating unpaid royalties due to royalty owners from oil & gas companies | - | $0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Jay Frank Marcom, II**     Case No. **10-47628-DML-7**

(if known)

### AMENDED 7/12/2011
### SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Chevy Pickup 1500 - 150K Miles | - | $1,200.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Jay Frank Marcom, II**            Case No.    **10-47628-DML-7**
                                                                                              (if known)

*AMENDED 7/12/2011*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | Right to receive VA benefits | - | $1,400.00 |

                                     **4** continuation sheets attached    **Total >**    **$4,750.00**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6H (Official Form 6H) (12/07)

In re **Jay Frank Marcom, II**            Case No.    **10-47628-DML-7**
                                                                                                                               (if known)

*AMENDED 7/12/2011*
## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kathy Marcom**<br>8960 CR 138<br>Ranger, TX 76470 | **BAM Operating, Inc.**<br>Airport Road<br>PO Box 688<br>Eastland, TX 76448 |
| **Kathy Marcom**<br>8960 CR 138<br>Ranger, TX 76470 | **County Tax Assessor-Collector**<br>Stephens County Courthouse<br>200 West Walker<br>Breckenridge, TX 76424 |
| **Kathy Marcom**<br>8960 CR 138<br>Ranger, TX 76470 | **Eastland Operating, L.L.C.**<br>PO Box 38<br>Ranger, TX 76470 |
| **Kathy Marcom**<br>8960 CR 138<br>Ranger, TX 76470 | **Gerald L. Bolfing**<br>PO Box 8858<br>Waco, TX 76714-8858 |
| **Kathy Marcom**<br>8960 CR 138<br>Ranger, TX 76470 | **Glasgow, Taylor, Isham & Glasgow**<br>505 North Graham Street<br>Stephenville, TX 76401 |
| **Kathy Marcom**<br>8960 CR 138<br>Ranger, TX 76470 | **JM Investments, L.L.C.**<br>116 Northstar Estates Drive<br>Eastland, TX 76448 |
| **Kathy Marcom**<br>8960 CR 138<br>Ranger, TX 76470 | **Larry T. Long**<br>Citizens Bank<br>301 E. Main<br>PO Box 1700<br>Kilgore, TX 75663 |

B6H (Official Form 6H) (12/07) - Cont.

In re **Jay Frank Marcom, II**      Case No. **10-47628-DML-7**
    (if known)

*AMENDED 7/12/2011*
**SCHEDULE H - CODEBTORS**
*Continuation Sheet No. 1*

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Kathy Marcom**<br>8960 CR 138<br>Ranger, TX 76470 | **McMullen & Henkes**<br>100 West Main<br>PO Box 706<br>Hamilton, TX 76531 |
| **Kathy Marcom**<br>8960 CR 138<br>Ranger, TX 76470 | **R & B Energy, L.L.C.**<br>PO Box 38<br>Ranger, TX 76470 |
| **Kathy Marcom**<br>8960 CR 138<br>Ranger, TX 76470 | **Ranger Gas Gathering, L.L.C.**<br>PO Box 79<br>Ranger, TX 76470 |

B6J (Official Form 6J) (12/07)

IN RE: **Jay Frank Marcom, II**  Case No. **10-47628-DML-7**
(if known)

*AMENDED 7/12/2011*
## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br>   a. Are real estate taxes included? ☐ Yes ☑ No<br>   b. Is property insurance included? ☐ Yes ☑ No | |
| 2. Utilities: a. Electricity and heating fuel<br>          b. Water and sewer<br>          c. Telephone<br>          d. Other: | $50.00 |
| 3. Home maintenance (repairs and upkeep)<br>4. Food<br>5. Clothing<br>6. Laundry and dry cleaning<br>7. Medical and dental expenses<br>8. Transportation (not including car payments)<br>9. Recreation, clubs and entertainment, newspapers, magazines, etc.<br>10. Charitable contributions | $212.00<br><br><br><br><br>$140.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>      a. Homeowner's or renter's<br>      b. Life<br>      c. Health<br>      d. Auto<br>      e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>      a. Auto:<br>      b. Other:<br>      c. Other:<br>      d. Other: | |
| 14. Alimony, maintenance, and support paid to others:<br>15. Payments for support of add'l dependents not living at your home:<br>16. Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>17.a. Other:<br>17.b. Other: | |
| **18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$402.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.** | |
| 20. STATEMENT OF MONTHLY NET INCOME<br>a. Average monthly income from Line 15 of Schedule I<br>b. Average monthly expenses from Line 18 above<br>c. Monthly net income (a. minus b.) | $402.90<br>$402.00<br>$0.90 |

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re **Jay Frank Marcom, II**  Case No. **10-47628-DML-7**

Chapter **7**

*AMENDED 7/12/2011*
# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $35,010.00 | | |
| B - Personal Property | Yes | 5 | $4,750.00 | | |
| C - Property Claimed as Exempt | No | 1 | | | |
| D - Creditors Holding Secured Claims | No | 1 | | $2,388.96 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 6 | | $414,002.37 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $402.90 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $402.00 |
| TOTAL | | 20 | $39,760.00 | $416,391.33 | |

Form 6 - Statistical Summary (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

In re **Jay Frank Marcom, II**  Case No. **10-47628-DML-7**

Chapter **7**

*AMENDED 7/12/2011*

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $402.90 |
| Average Expenses (from Schedule J, Line 18) | $402.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $190.84 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $414,002.37 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $414,002.37 |